UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HECTOR REYES, et al.,

                      Plaintiffs,

                -against-

TED McCARTHY CONSTRUCTION
DESIGN & MAINTENANCE, INC., et al.,

                    Defendants.
------------------------------------------------------------X

MEMORANDUM AND ORDER

CV 10-2378

(Wexler, J.)

WEXLER, District Judge:

      Presently before the court is a Report and Recommendation ("R&R") of the assigned Magistrate Judge, William D. Wall. The R&R recommends: (1) that conditional certification be granted; (2) that the defendants be ordered to disclose the names and contact information for all potential opt-in plaintiffs; and (3) that the proposed opt-in notice be authorized.

      The Report and Recommendation is dated December 8, 2010, and was filed on the Court's ECF system as of that date. The time to file objections having passed without receipt of such objections, the R&R is hereby adopted. <u>See</u> 28 U.S.C. §636 (b)(1)(c); Fed. R. Civ. P. 72. The motion for conditional certification is granted. The Clerk of the Court is directed to terminate the motions appearing as docket entries 26 and 30.

SO ORDERED

                                                                        LEONARD D. WEXLER
                                                                       UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
        January 4, 2011